```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                       Case No. 17-00179-MDF
Donald G Heffner                                                             Chapter 13
       Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1          User: CGambini                Page 1 of 1                  Date Rcvd: Feb 17, 2017
                              Form ID: ntnew341             Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2017.
```
db            +Donald G Heffner,    158 Penn Street,    Biglerville, PA 17307-9093
4874838       +Beth Corson Tax Collector,    28 Ditzler Avenue,    Biglerville, PA 17307-9084
4874840       +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
4874841        Commercial Acceptance,    2300 Gettysburg Rd #102,    Camp Hill, PA 17011-7303
4874842       +Debra Heffner,    c/o Matthew Battersby Esquire,    20 W Main Street,    Fairfield, PA 17320-8323
4874843       +Debra W Heffner,    c/o Matthew Battersby Esquire,    20 W Main Street,
                Fairfield, PA 17320-8323
4874844      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court:   Ford Motor Credit,    National Bankruptcy Service Center,
                Po Box 62180,    Colorado Springs, CO 80962)
4874845       +KML Law Group PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
4874836        PA Department of Revenue,    Bureau of Individual Taxes,    Dept 280431,
                Harrisburg, PA 17128-0431
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4874837       +E-mail/Text: dcrum@adamscounty.us Feb 17 2017 19:09:43      Adams County Tax Claim Bureau,
                117 Baltimore Street,    Room 204,    Gettysburg, PA 17325-2313
4874839       +E-mail/Text: notices@burt-law.com Feb 17 2017 19:09:43      Burton Neil & Assoc PC,
                1060 Andrew Drive,    Suite 170,    West Chester, PA 19380-5600
4874835        E-mail/Text: cio.bncmail@irs.gov Feb 17 2017 19:09:19      Internal Revenue Service,   POB 7346,
                Philadelphia, PA 19101-7346
4874846       +E-mail/Text: bankruptcyteam@quickenloans.com Feb 17 2017 19:09:36      Quickn Loans,
                1050 Woodward Ave,    Detroit, MI 48226-1906
4874847       +E-mail/Text: kcm@yatb.com Feb 17 2017 19:09:16      York Adams Tax Bureau,
                Post Office Box 15627,    York, PA 17405-0156
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor Donald G Heffner gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              James     Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

ntnew341 (12/14)

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
| --- | --- |
| Donald G Heffner<br>Debtor(s) | Chapter 13 |
| | Case No. 1:17−bk−00179−MDF |

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| | |
| --- | --- |
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: March 23, 2017<br>Time: 12:00 PM |

| | |
| --- | --- |
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: CGambini |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 17, 2017 |