```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 17-00179-RNO
Donald G Heffner                                                Chapter 13
       Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-1       User: AGarner              Page 1 of 1          Date Rcvd: May 09, 2017
                           Form ID: ntcnfhrg          Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2017.
```
db            +Donald G Heffner,   158 Penn Street,   Biglerville, PA 17307-9093
4874838       +Beth Corson Tax Collector,   28 Ditzler Avenue,   Biglerville, PA 17307-9084
4874840       +Capital One,   Po Box 30285,   Salt Lake City, UT 84130-0285
4874841        Commercial Acceptance,   2300 Gettysburg Rd #102,   Camp Hill, PA 17011-7303
4874842       +Debra Heffner,   c/o Matthew Battersby Esquire,   20 W Main Street,   Fairfield, PA 17320-8323
4874843       +Debra W Heffner,   c/o Matthew Battersby Esquire,   20 W Main Street,
                Fairfield, PA 17320-8323
4874844      ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
              (address filed with court:  Ford Motor Credit,   National Bankruptcy Service Center,
                Po Box 62180,   Colorado Springs, CO 80962)
4874845       +KML Law Group PC,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
4874836        PA Department of Revenue,   Bureau of Individual Taxes,   Dept 280431,
                Harrisburg, PA 17128-0431
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4874837       +E-mail/Text: dcrum@adamscounty.us May 09 2017 18:59:25      Adams County Tax Claim Bureau,
                117 Baltimore Street,   Room 204,   Gettysburg, PA 17325-2313
4874839       +E-mail/Text: notices@burt-law.com May 09 2017 18:59:22      Burton Neil & Assoc PC,
                1060 Andrew Drive,   Suite 170,   West Chester, PA 19380-5600
4874835        E-mail/Text: cio.bncmail@irs.gov May 09 2017 18:58:51      Internal Revenue Service,   POB 7346,
                Philadelphia, PA 19101-7346
4886508       +E-mail/Text: bankruptcyteam@quickenloans.com May 09 2017 18:59:12      Quicken Loans Inc.,
                635 Woodward Avenue,   Detroit, MI 48226-3408
4874846       +E-mail/Text: bankruptcyteam@quickenloans.com May 09 2017 18:59:12      Quickn Loans,
                1050 Woodward Ave,   Detroit, MI 48226-1906
4874847       +E-mail/Text: kcm@yatb.com May 09 2017 18:58:13      York Adams Tax Bureau,
                Post Office Box 15627,   York, PA 17405-0156
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor Donald G Heffner gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Donald G Heffner
Debtor(s)

Chapter 13

Case No. 1:17−bk−00179−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **June 7, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: June 28, 2017<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: AGarner |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 9, 2017 |