```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                           Case No. 17-00179-RNO
Donald G Heffner                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1           User: CGambini            Page 1 of 1            Date Rcvd: Jun 29, 2017
                               Form ID: pdf010           Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2017.
db             +Donald G Heffner,    158 Penn Street,    Biglerville, PA 17307-9093
4874838        +Beth Corson Tax Collector,    28 Ditzler Avenue,    Biglerville, PA 17307-9084
4874840        +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
4874841         Commercial Acceptance,    2300 Gettysburg Rd #102,    Camp Hill, PA 17011-7303
4874842        +Debra Heffner,    c/o Matthew Battersby Esquire,    20 W Main Street,    Fairfield, PA 17320-8323
4874843        +Debra W Heffner,    c/o Matthew Battersby Esquire,    20 W Main Street,
                 Fairfield, PA 17320-8323
4874844       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit,    National Bankruptcy Service Center,
                 Po Box 62180,    Colorado Springs, CO 80962)
4924525        +Ford Motor Credit Company, LLC,    1335 S. Clearview Avenue,    Mesa AZ 85209-3376
4874845        +KML Law Group PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
4874836         PA Department of Revenue,    Bureau of Individual Taxes,    Dept 280431,
                 Harrisburg, PA 17128-0431
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4874837        +E-mail/Text: dcrum@adamscounty.us Jun 29 2017 18:50:17      Adams County Tax Claim Bureau,
                 117 Baltimore Street,    Room 204,    Gettysburg, PA 17325-2313
4874839        +E-mail/Text: notices@burt-law.com Jun 29 2017 18:50:14      Burton Neil & Assoc PC,
                 1060 Andrew Drive,    Suite 170,    West Chester, PA 19380-5600
4874835         E-mail/Text: cio.bncmail@irs.gov Jun 29 2017 18:49:46      Internal Revenue Service,    POB 7346,
                 Philadelphia, PA 19101-7346
4924518         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2017 18:57:07
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4886508        +E-mail/Text: bankruptcyteam@quickenloans.com Jun 29 2017 18:50:05      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
4874846        +E-mail/Text: bankruptcyteam@quickenloans.com Jun 29 2017 18:50:05      Quickn Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
4874847        +E-mail/Text: kcm@yatb.com Jun 29 2017 18:49:12      York Adams Tax Bureau,
                 Post Office Box 15627,    York, PA 17405-0156
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4925593*       +Ford Motor Credit Company LLC,    1335 S. Clearview Avenue,    Mesa AZ 85209-3376
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor Donald G Heffner gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**DONALD G HEFFNER**

    Debtor(s)

**CHARLES J DEHART, III (TRUSTEE)**

    Movant(s)

vs.

**DONALD G HEFFNER**

    Respondent(s)

Chapter: **13**

Case Number: **1:17-bk-00179-RNO**

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss case for material default and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: June 28, 2017